**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2076-15T3

JA-SHONE SELLERS,

    Appellant,

v.

NEW JERSEY STATE PAROLE BOARD,

    Respondent.

_____

Submitted May 31, 2017 — Decided June 26, 2017

Before Judges Koblitz and Sumners.

On appeal from the New Jersey State Parole
Board.

Ja-Shone Sellers, appellant pro se.

Christopher S. Porrino, Attorney General,
attorney for respondent (Lisa A. Puglisi,
Assistant Attorney General, of counsel;
Christopher C. Josephson, Deputy Attorney
General, on the brief).

PER CURIAM

    Appellant Ja-Shone Sellers appeals from a December 16, 2015

determination of defendant New Jersey State Parole Board (Board)

denying parole and establishing a fourteen-month future

eligibility term (FET). After serving his FET, the Board released appellant on parole on February 9, 2017, while his appeal was pending. This appeal is therefore moot. See Greenfield v. N.J. Dep't of Corrs., 382 N.J. Super. 254, 257-58 (App. Div. 2006) ("An issue is 'moot' when the decision sought in a matter, when rendered, can have no practical effect on the existing controversy.") (citation omitted).

Appeal dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2076-15T3